Certificate Number: 14912-IAS-DE-033287849

Bankruptcy Case Number: 19-01849



14912-IAS-DE-033287849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2019, at 9:20 o'clock PM EDT, Kimberly Batterson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Iowa.

Date: August 21, 2019　　　By: /s/Jai Bhatt

　　　　　　　　　　　　　Name: Jai Bhatt

　　　　　　　　　　　　　Title: Counselor